UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20343-KMW

UNITED STATES OF AMERICA,

v.

ROGER A. PIÑATE MARTINEZ

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW CURTIS MINER and files this temporary appearance as counsel for the above-named defendant at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Signature CBM

Date: 8-12-2024

Counsel's Name **(Printed)** CURTIS MINER

**Florida Bar Number (Required)** 885681

Address COLSON HICKS EIDSON, P.A.
255 ALHAMBRA CIRCLE, PH
CORAL GABLES, FL 33 Zip Code: 33134

Telephone (305) 476-7400