# MINUTE ORDER

Page 5

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor    Date: 8/12/24    Time: 2:00 p.m.

Defendant: 2) Roger Alejandro Pinate Martinez    J#: 29768-511    Case #: 24-20343-CR-WILLIAMS
AUSA: Rob Emery/Connor Mullin    Attorney: Curtis Miner/Sandra Mozier (Temp)
Violation: Money Laundering    Surr/Arrest Date: 8/12/24    YOB: 1975

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at:    Co-signed by:

- [x] *Surrender and/or do not obtain passports/travel docs*
- [x] *Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person*
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] *No contact with victims/witnesses, except through counsel; Govt to provide list to Defense & USPO w/in 24 hrs.*
- [ ] No firearms
- [x] *Not to encumber his 2 properties*
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] *Travel extended to: S/D of FL & N/D of FL w/prior notice to PTS*
- [ ] Other:

Language: Spanish

Disposition:
Defendant advised of rights and charges

**Counsel files temporary appearance**

**STIP $8.5 million dollar bond w/$200K cash component to be posted by 8/16/24 (no hrg. held); Court sets**

**(released)**

**\*\*Brady order given\*\***

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
**Report RE Counsel:**    9/3/24    10:00 a.m.    Duty/Miami
PTD/Bond Hearing:
**Arraignment:**    9/3/24    10:00 a.m.    Duty/Miami
Status Conference RE:
D.A.R. 14:31:14    Time in Court: 10 mins

s/Lauren F. Louis    Magistrate Judge