UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20343-KMW/Goodman

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGER ALEJANDRO PIÑATE MARTINEZ,

    Defendant.

_____/

**DEFENDANTS' REPLY IN SUPPORT OF
JOINT MOTION TO CONTINUE DEADLINES**

The government has no objection to Roger Piñate's and Jorge Vasquez's joint motion to continue the deadline for the submission of dispositive motions. *See* (ECF No. 119) at 2 ("To the extent that the defendants seek 30 days for additional time to prepare dispositive motions, the government does not object."). As Mr. Piñate and Mr. Vasquez do, in fact, require additional time to prepare dispositive motions, they respectfully ask that the Court continue the current Friday deadline until April 28, 2025,[1] and grant the government until May 19, 2025 to file its responses.[2] A copy of a proposed order is attached as Exhibit A.

Dated: March 24, 2025

---

[1] A thirty-day extension would fall on Sunday, April 27, 2025, making the motions due the following day. *See* Fed. R. Crim. Pro. 45(a)(1)(C).

[2] The current scheduling order (ECF No. 72) afforded the government 21 days to file its responses, which—if the extension were granted—would fall on May 19, 2025.

1

Respectfully submitted,

COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel: (305) 476-7400

By: /s/ Curtis B. Miner
    Curtis B. Miner, Esq.
    (Florida Bar No. 885681)
    E-mail: curt@colson.com
    Thomas A. Kroeger, Esq.
    (Florida Bar No. 19303)
    E-mail: tom@colson.com

MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel: 202-739-5932
Sandra L. Moser, Esq. (*pro hac vice*)
E-mail: Sandra.moser@morganlewis.com
Justin D. Weitz, Esq. (*pro hac vice*)
E-mail: Justin.weitz@morganlewis.com

*Counsel for Defendant Roger Alejandro Piñate Martinez*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on March 12, 2025.

/s/ Curtis B. Miner
Curtis B. Miner, Esq.