UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20343-KMW/Goodman

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGER ALEJANDRO PIÑATE MARTINEZ,

    Defendant.
_____/

### [PROPOSED ORDER] GRANTING DEFENDANTS' REPLY IN SUPPORT OF JOINT MOTION TO CONTINUE DEADLINES

This matter comes before the Court on Defendants' Reply In Support of Joint Motion to Continue Deadlines. Upon consideration of the Motion, and the record as a whole, it is hereby:

**ORDERED** that Defendants' Reply In Support of Joint Motion to Continue Deadlines is **GRANTED**; and it is further,

**ORDERED** that Defendants' shall have until April 28, 2025 to submit any dispositive motions and the Plaintiff shall have until May 19, 2025 to file its responses to the dispositive motions.

    **SO ORDERED.**

 

_____
The Honorable Kathleen M. Williams
United States District Judge

Copy: Counsel of Record