# EXHIBIT A




REPUBLIC OF THE PHILIPPINES
**COMMISSION ON ELECTIONS**
Intramuros, Manila

April 8, 2025

25 - 06558

**MS. SANDRA L. MOSER**
Morgan, Lewis & Bockius LLP

**MR. CURT MINER**
Colson Hicks Eidson
*Private Counsels for Defendants in*
*Case No. 1:24-cr-20343-KMW*

*via electronic mail*

Re:  Letters of Rogatory – Request for Deposition – United States vs. Bautista – 1:24 – cr-20343-KMW

Ms. Moser and Mr. Miner:

This is to formally acknowledge receipt of your request dated February 14, 2025, wherein you transmitted the Letters Rogatory issued by the United States District Court for the Southern District of Florida, seeking the deposition of two Commission on Elections (COMELEC) personnel in connection with the criminal proceeding pending in the United States.

We wish to inform you that the Commission is currently in the process of seeking formal guidance from the Department of Justice of the Republic of the Philippines, in relation to the legal implications of your request under the applicable laws and the Mutual Legal Assistance Treaty (MLAT) between the Philippines and the United States of America. A formal response will be issued upon receipt of the said guidance.

We further inform you that due to our agency's full engagement with preparations for the upcoming National and Local Elections scheduled for May 122, 2025, the Commission will be unable to accommodate any request for depositions or related proceedings during that period. Barring any legal impediment or contrary guidance, we may be in a position to consider scheduling the requested deposition beginning June 2025 onwards.

We appreciate your understanding and assure you that we are handling this matter with the seriousness and diligence it requires. We will inform you of the status of your request as soon as we receive official guidance from the Philippine Department of Justice and are in a position to proceed accordingly. Thank you.

Respectfully,

**DIR. SITTIE MAIMONA AZISA TAWAGON**
*Director IV, Law Department*
*Commission on Elections*

Copy furnished:
- Secretary of Justice, Department of Justice (Philippines)
- U.S. Department of Justice – U.S. Assistant Attorney Robert J. Emery and Trial Attorney Michael DiLorenzo