# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20343-KMW/Goodman

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGER ALEJANDRO PIÑATE MARTINEZ,

    Defendant.

_____/

**DECLARATION AND WAIVER OF EXTRADITION**

    I, Roger Piñate, do hereby waive any and all rights to be extradited to the United States under the laws of any country, including but not limited to Taiwan and the Philippines. I will not seek any protection afforded by any extradition rights, any treaty, or any law of any country, including Taiwan or the Philippines, that allow for my refuge in any country. I will not appeal any decision by any country to be extradited to the United States related to the case entitled <u>United States v. Bautista,</u> *et al.*, Case No. 24-cr-20343-KMW in the Southern District of Florida. I acknowledge that this waiver alone is sufficient to support my extradition to the United States, and I agree not to contest the use of this waiver for that purpose.

    I am on pre-trial release subject to an appearance bond in connection with the charges set forth in the Indictment filed in Case No. 24-cr-20343-KMW. The District Court in the United States has approved my request to travel outside the country from June 16, 2025 to June 29, 2025 to participate in Fed.R.Crim.P. 15 depositions that will

be taking place on June 19 and 20, 2025 (in Taiwan) and on June 24 and 25, 2025 (in the Philippines), pursuant to the Court's Order [ECF No. 134] entered on April 9, 2025.

In the event that I violate my conditions of release and fail to return to the United States as agreed upon, I understand that the purpose of this affidavit is for the government to offer it to the authorities of foreign nations if or when my extradition is sought by the United States government in relation to the Indictment filed in Case No. 24-cr-20343-KMW. I understand that the authorities of foreign nations may use this declaration to assist in determining my extraditability.

I agree to remain under the supervision of the United States District Court for the Southern District of Florida. No representative, official, or officer of the United States or of any foreign government, nor any person whomsoever, has made any other promises or offered any other form of inducement nor made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily and entirely of my own free will and accord, and am satisfied with the advice of my counsel in regard to this waiver of rights.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the __2__ day of June 2025 in Miami, Southern District of Florida.

_____
Roger Piñate