UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20343-KMW(s)

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JORGE MIGUEL VASQUEZ, and
SGO CORPORATION LIMITED,
a/k/a/ "Smartmatic,"

     Defendants.

_____/

## UNOPPOSED MOTION TO JOIN AND ADOPT ROGER PIÑATE'S MOTION TO DISMIS THE INDICTMENT (DE 352)

Jorge Vasquez and SGO Corporation Limited respectfully request that the Court allow them to join and adopt co-defendant Roger Piñate's Motion to Dismiss the Indictment, DE 352. For the same reasons articulated by Mr. Piñate in his Motion to Dismiss, Mr. Vasquez and SGO ask the Court to dismiss the Superseding Indictment.

Undersigned counsel previously filed this motion but erroneously included Mr. Piñate as a filer. DE 353. The Clerk of Courts issued a notice striking the Motion and directing undersigned counsel to file a Notice of Striking and to refile the Motion. Undersigned counsel filed the Notice of Striking – but was subsequently telephonically directed by the Clerk's Office not to refile the Motion to Join, because the Motion was corrected internally by the Clerk's Office to strike only Mr. Piñate. However, as noted in the Government's filing at Docket Entry 366, this led to

confusion by the parties. After conferring again with the Clerk's Office, undersigned counsel refiles this Motion in an abundance of caution and for clarity on the docket.

Undersigned counsel previously conferred with the government, which does not oppose this motion. The government does oppose the Motion to Dismiss.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com


By: /s/ *Lauren Field Krasnoff*
Lauren Field Krasnoff
Florida Bar Number 0086951
lkrasnoff@markuslaw.com

*Counsel for Defendant Jorge Vasquez*

**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
(212) 210-9420 (Telephone)

By: /s/ *Christopher C. Marquardt*
Jenny Kramer, Esq. (*pro hac vice*)
Email: Jenny.Kramer@alston.com

Christopher C. Marquardt
Florida Bar No. 0102466
1201 West Peachtree Street, NE
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Chris.Marquardt@alston.com

*Counsel for SGO Corporation Limited*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on April 2, 2026.

/s/ *Lauren Field Krasnoff*
Lauren Field Krasnoff