**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-CR-20343-KMW**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGER ALEJANDRO PIÑATE MARTINEZ,
JORGE MIGUEL VASQUEZ, and
SGO CORPORATION LIMITED,

    Defendants.

_____/

## SCHEDULING ORDER

Pursuant to the statements made on the record at hearing on May 6, 2026, it is hereby **ORDERED** that the following schedule be adopted:

- **May 13, 2026**: Deadline by which the government must identify to the defense counsel the items seized during the "border search" of Defendant Vasquez's devices pursuant to Defendant Vasquez's Motion to Suppress Search of iPhone and Laptop Computer (ECF 128).

- **May 20, 2026**: Deadline by which the parties must meet and confer regarding discovery sought by the Defendants pursuant to Defendant SGO Corporation Limited's Motion to Dismiss for Vindictive and Selective Prosecution (ECF 351). Should the parties be unable to reach an agreement about the scope of discovery, the Defendants shall file any discovery motion no later than June 1, 2026. The government will have 10 days to file an opposition or response, after which the Defendants will have 5 days to file a reply.

- **May 20, 2026:** Deadline by which the government must identify approximately 20 documents it intends to put on its exhibit list seized from the email accounts and iPhone subject to Defendant Piñate's Motion to Suppress (ECF 154).

- **May 27, 2026**: Deadline by which the government must provide the Defendants with information on the alleged factual bases for venue in the Southern District of Florida for each defendant, pursuant to Defendant Piñate's Motion to Dismiss (ECF 150). This should include acts in furtherance, which give rise to venue (completed and/or attempted offense pursuant to Section 1956(i)(1) and (2)), as well as establishing those facts evidencing the location of the individual defendants in the Southern District of Florida. Following this deadline, Defendants must file a related motion no later than June 8, 2026. The government will have 10 days to file an opposition or response, after which the Defendants will have 5 days to file a reply.

- **May 27, 2026:** Deadline by which the government must provide particularized information, including but not limited to the specific acts and individuals which it alleges bind Defendant SGO Corporation Limited, pursuant to Defendant SGO Corporation Limited's Motion for a Bill of Particulars (ECF 347).

- **June 3, 2026**: Deadline by which the government must produce information about the audit trail showing the details of its search and seizure from the email accounts and iPhone subject to Defendant Piñate's Motion to Suppress (ECF 154).

It is further **ORDERED** that the Court will conduct a status conference every approximately six weeks until trial.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>11th</u> day of May, 2026.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE