**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-CR-20343-KMW

UNITED STATES OF AMERICA,

Plaintiff,

v.

SGO CORPORATION LIMITED,

Defendant.

_____/

**ORDER SEALING**
**PORTIONS OF DEFENDANTS' MOTION**
**FOR LIMITED DISCOVERY ON SGO CORPORATION LIMITED'S**
**MOTION TO DISMISS FOR VINDICTIVE AND SELECTIVE PROSECUTION**

**THIS MATTER** having come before the Court on the Defendants' Motion to Seal Portions of Motion for Limited Discovery on SGO Corporation Limited's Motion to Dismiss for Vindictive and Selective Prosecution, it is hereby,

**ORDERED AND ADJUDGED** that the redacted Portions of the Motion for Limited Discovery on SGO Corporation Limited's Motion to Dismiss for Vindictive and Selective Prosecution, are permanently sealed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of May 2026.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE